173 So. 394

### Emmett PATE v. STATE.
### I Div. 957.

Supreme Court of Alabama.
March 25, 1937.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the motion.

George A. Sossaman, of Mobile, opposed.

THOMAS, Justice.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Pate v. State, 27 Ala.App. 319, 173 So. 393.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

173 So. 399

### Finnegan BEVERLY v. STATE.
### 6 Div. 102.

Supreme Court of Alabama.
March 25, 1937.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

James Esdale, of Birmingham, for respondent.

THOMAS, Justice.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Beverly v. State, 27 Ala.App. 374, 173 So. 397.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.